AGNES SOWLE, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Jenny M. Morf, OSB No. 98298
Sally Carter, OSB No. 975146
Assistant County Attorneys
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214-3587
Telephone Number: (503) 988-3138
Facsimile Number: (503) 988-3377
E-mail Addresses:    jenny.m.morf@co.multnomah.or.us
                     sally.carter@co.multnomah.or.us
    Of Attorneys for Defendant

FILED'09 AUG 26 11:14USDC-ORP

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MARY SHULTZ,** | Civil No. CV 08-886 BR |
| Plaintiff, | |
| v. | JUDGMENT |
| **MULTNOMAH COUNTY,** a home rule county of the State of Oregon, and **CECILIA JOHNSON,** individually, and in her official capacity as Director of the Department of Community Services, | |
| Defendants. | |

This action was tried by a jury with Judge Anna J. Brown presiding, and the jury has

rendered a verdict.

/// /// ///

/// /// ///

/// /// ///

Page 1 – JUDGMENT

It is ordered that:

Plaintiff take nothing and this action is dismissed with prejudice.

DATED this __26ᵗʰ__ day of August, 2009.

Anna J. Brown
United States District Judge

Page 2 – JUDGMENT